No. 01–9927. KELLY *v.* NORTEL NETWORKS CORP. C. A. 1st Cir.; and

No. 01–10322. GEORGE *v.* UNITED STATES POSTAL SERVICE. C. A. 2d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until July 19, 2002, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 00–8822. IN RE RICHARDSON; and

No. 00–10749. IN RE HOLLADAY. Petitions for writs of habeas corpus denied. See *Ex parte Abernathy*, 320 U. S. 219 (1943).

No. 01–10340. IN RE DIXON. Petition for writ of mandamus denied.

No. 01–1700. IN RE WOJCIECHOWSKI ET UX. Petition for writ of mandamus and/or prohibition denied.

No. 00–1471. KENTUCKY ASSOCIATION OF HEALTH PLANS, INC., ET AL. *v.* MILLER, COMMISSIONER, KENTUCKY DEPARTMENT OF INSURANCE. C. A. 6th Cir. Certiorari granted.

No. 01–188. PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA *v.* CONCANNON, COMMISSIONER, MAINE DEPARTMENT OF HUMAN SERVICES, ET AL. C. A. 1st Cir. Certiorari granted.

No. 01–1491. DEMORE, DISTRICT DIRECTOR, SAN FRANCISCO DISTRICT OF IMMIGRATION AND NATURALIZATION SERVICE, ET AL. *v.* KIM. C. A. 9th Cir. Certiorari granted.

No. 01–1572. COOK COUNTY, ILLINOIS *v.* UNITED STATES EX REL. CHANDLER. C. A. 7th Cir. Certiorari granted.